AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Carlos Nogales | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:20-cv-03669-JMC |
| United States of America, H.S.I., Paul Criswell, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Carlos Nogales, shall take nothing of Defendants, United States of America, H.S.I., Paul Criswell, , as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without issuance or service of process and designate this case as a "strike" for purposes of the three strikes rule under 28 U.S.C. § 1915(g).


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding.  The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:   April 27, 2021                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                    s/H.Cornwell
                                                                                        *Signature of Clerk or Deputy Clerk*